# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-0058
LT Case No. 2014-102676-CFDL

_____

WILLIE JAMES JONES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Willie James Jones, Doral, pro se.

No Appearance for Appellee.

December 20, 2024

PER CURIAM.

Appellant, Willie James Jones, appeals the summary denial of his Florida Rule of Criminal Procedure 3.850 motion. As to Ground 2(d) regarding admissibility of child hearsay statements, we reverse and remand for further proceedings as the postconviction court failed to attach records conclusively refuting Appellant's allegations, despite having referred to portions of the transcript of the hearing regarding the use of child hearsay. On remand, the postconviction court shall either attach records

conclusively refuting Appellant's claims in Ground 2(d) or conduct an evidentiary hearing. *See White v. State*, 225 So. 3d 321 (Fla. 5th DCA 2017), Fla. R. Crim. P. 3.850(f), and Fla. R. App. P. 9.141(b)(2)(D). We affirm as to all other grounds and issues.

AFFIRMED, in part; REVERSED, in part; Remanded for further proceedings.

EDWARDS, C.J., and KILBANE and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____